UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

v.

STEVEN T. MNUCHIN,
Secretary of the Treasury,

    Defendant.
_____/

Case No. 18-cv-13771
Hon. Matthew F. Leitman

## ORDER ON STATUS CONFERENCE

On July 9, 2020, the Court held a status conference to discuss issues related to the EEO Investigative Affidavit completed by Plaintiff Brenda Morris. As discussed on the record, it is **HEREBY ORDERED** that:

- By not later than the close of business on **JULY 16, 2020**, Morris shall provide to her counsel the original of her answers to Questions 112 through 160 of the EEO Investigative Affidavit (the "Original"). In the event that Morris is unable to provide the Original, then by **JULY 16, 2020**, Morris shall provide to her counsel an affidavit attesting that she completed a thorough search for the Original but was unable to find it.

- By not later than **JULY 20, 2020**, Morris' counsel shall make available to the government (1) the Original (if Morris is able to locate it) and (2) the apparent

1

copy of the Original that was described on the record. The Government may take possession of those documents and conduct testing of them.

- By not later than **AUGUST 10, 2020**, the Government shall conduct its testing of the documents and return the documents to Morris' counsel.

- By not later than **ONE WEEK** after the Government completes its testing of the documents, the Government shall share with Morris the results of its testing.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764