UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

Case No. 18-cv-13771
Hon. Matthew F. Leitman

v.

STEVEN T. MNUCHIN,
Secretary of the Treasury,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 26.)

On June 4, 2021, the Court held a continued hearing on Defendant's Motion for Summary Judgment (ECF No. 26). For the reasons stated on the record during the June 4, 2021, continued hearing, Defendant's motion is **DENIED.**

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: June 4, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2021, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764