UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

v.

JANET YELLEN,
Secretary of the Treasury,

    Defendant.

Case No. 18-cv-13771
Hon. Matthew F. Leitman

_____/

## ORDER (1) REQUIRING PERSONAL APPEARANCE AT HEARING ON PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW (ECF No. 73) AND (2) DIRECTING COUNSEL TO SERVE ORDER ON PLAINTIFF

    Attorneys Shawndrica N. Simmons and Herbert A. Sanders are counsel of record in this action for Plaintiff Brenda Morris. On June 6, 2022, Simmons and Sanders filed an emergency motion to withdraw as Morris' counsel. (*See* Mot., ECF No. 73.) The Court will hold an in-person hearing on counsel's motion at **11:30 a.m. on Monday, June 13, 2022**, in Room 207 of the Theodore Levin United States Courthouse in Detroit, Michigan. Through this order, the Court **DIRECTS** Simmons, Sanders, Morris, and counsel for Defendant Janet Yellen to each personally appear at that motion hearing.

1

The Court further **ORDERS** both Simmons and Sanders to serve this order on Morris, both by First Class Mail and email (if possible) by no later than **June 7, 2022**. Counsel shall each file a Certificate of Service with the Court upon completion of the service set forth above.

  **IT IS SO ORDERED**.

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated: June 6, 2022

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2022, by electronic means and/or ordinary mail.

            s/Holly A. Ryan
            Case Manager
            (313) 234-5126