UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

Case No. 18-cv-13771
Hon. Matthew F. Leitman

v.

JANET YELLEN,
Secretary of the Treasury,

    Defendant.

_____/

## ORDER REQUIRING PERSONAL ATTENDANCE AT MOTION HEARING

Currently pending before the Court are several motions *in limine* filed by Defendant Janet Yellen. (*See* Motions, ECF Nos. 57, 58, 59, 60, and 61.) While the Court understands that the parties are currently engaged in good-faith settlement negotiations with the assigned Magistrate Judge – a settlement process that the Court encourages the parties to continue to actively participate in – for docket management purposes, the Court must resolve Defendant's motions *in limine* prior to the end of March. Accordingly, the Court has scheduled an in-person hearing on the motions for **March 14, 2023, at 12:00 p.m.** (*See* Notice of Hearing, ECF No. 85.) Both Plaintiff and counsel for Defendant shall attend the hearing. In order to accommodate Plaintiff's work schedule, the Court has scheduled the hearing over the lunch hour. If the parties reach a settlement to this dispute prior to the March

1

14 hearing date, there will be no need to hold the hearing, and the Court will cancel it. The parties are directed to notify the Court immediately if they reach a settlement.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126