UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

v.

                              Case No. 18-cv-13771
                              Hon. Matthew F. Leitman

JANET YELLEN,

    Defendant.
_____/

## ORDER RESOLVING DEFENDANT'S MOTIONS IN LIMINE (ECF Nos. 57, 58, 59, 60, 61)

On March 23, 2023, the Court held a hearing over video conferencing to hear argument on the five pending Motions in Limine filed by Defendant (ECF Nos. 57, 58, 59, 60, 61.)  For the reasons explained on the record, it is hereby ordered as follows:

- Defendant's Motion in Limine #1 to Exclude Testimony and Other Evidence about Discrimination Other than Disability Discrimination (ECF No. 57) is **GRANTED**.  Plaintiff shall not present any testimony or other evidence at trial related to any alleged discrimination other than disability discrimination.

- Defendant's Motion in Limine #2 to Exclude Evidence of Remarks Made by Non-Decisionmakers (ECF No. 58) is **GRANTED IN PART** and **DENIED IN PART.**  Plaintiff shall not present any testimony or evidence of remarks allegedly made by Darren Guillot at trial.  However, Plaintiff may present testimony or evidence of remarks made by Pat Hall and Gregory Taylor at trial.

- Defendant's Motion in Limine #3 to Exclude Evidence and Testimony Regarding Plaintiff's Second Request for a Workplace Accommodation (ECF No. 59) is **GRANTED**.  Plaintiff shall not present any testimony or evidence regarding her second request for a workplace accommodation from January 2018 at trial.

- Defendant's Motion in Limine #4 to Bar Evidence and Argument that Defendant is Liable for Punitive Damages (ECF No. 60) is **GRANTED**. Plaintiff shall not argue that Defendant is liable for punitive damages or present any evidence or testimony suggesting that Defendant should be held liable for punitive damages at trial.

- Defendant's Motion in Limine #5 to Preclude the Introduction of Evidence Concerning Certain Allegations in the Complaint Pursuant to the Election of Remedies Doctrine (ECF No. 61) is **GRANTED.**  Plaintiff shall not introduce any evidence or testimony concerning the allegations made in paragraphs 24(b), (q), (r), and (s) of the complaint.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126