UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA MORRIS,

    Plaintiff,

v.

Case No. 18-cv-13771
Hon. Matthew F. Leitman

JANET YELLEN,
SECRETARY OF THE TREASURY,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF FROM MAKING CLAIMS AT TRIAL THAT ARE NOT PLED IN THE COMPLAINT AND FROM OFFERING EVIDENCE OR ARGUMENT AT TRIAL ABOUT CLAIMS THAT ARE NOT PLED IN THE COMPLAINT (ECF No. 98)

Now before the Court is a motion by Defendant Janet Yellen for entry of an order barring Plaintiff from making claims at trial that are not pled in the Complaint and from offering evidence or argument at trial about claims that are not pled in the Complaint. The Court concludes that it may resolve the motion without oral argument. *See* Local Rule 7.1(f)(2). The motion is **GRANTED** for the reasons stated in the motion, which the Court finds persuasive. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall not make claims at trial that are not pled

in the Complaint and shall not offer evidence or argument at trial about claims that are not pled in the Complaint.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126